UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MATTHEW MCDONAGH,<br><br>      Defendant. | CASE NO. MJ24-410<br><br>**DETENTION ORDER** |

  The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

  Defendant is charged with conspiracy to commit wire fraud. The conspiracy is wide ranging and has occurred in various jurisdictions across the county, and targets elderly vulnerable victims. Defendant is a citizen of Ireland and his high degree of mobility moving about the county make him a serious risk to flee.

  It is therefore **ORDERED**:

  (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 17th day of July, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2